**FILED**
SEP 2 6 2017
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 17-260 |
| KAHLIL SHELTON<br>DERON HOWELL | [UNDER SEAL] |

MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Soo C. Song, Acting United States Attorney for the Western District of Pennsylvania, and Timothy M. Lanni, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants KAHLIL SHELTON and DERON HOWELL, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendants with violations of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Sections 1951, 924(c)(1)(A)(i), (ii), (iii), and 2. Recommended bond: Detention.

Respectfully submitted,

SOO C. SONG
Acting United States Attorney

By: _____
TIMOTHY M. LANNI
Assistant U.S. Attorney
NJ ID No. 011242012