IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 17-260 |
| | ) | |
| | ) | |
| KAHLIL SHELTON | ) | |
| DERON HOWELL | ) | |

MOTION TO UNSEAL INDICTMENT
AND ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Soo C. Song, Acting United States Attorney for the Western District of Pennsylvania, and Katherine A. King, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to said Indictment. In further support of this Motion, the United States avers as follows:

1. On September 26, 2017, an Indictment was returned by the Grand Jury charging the above-named defendants with violating Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(D); and Title 18, United States Code, Sections 1951, 924(c)(1)(A)(i), (ii), (iii), and 2. Arrest Warrants were issued pursuant to said Indictment.

2. This Court then issued an Order sealing the aforesaid Indictment and Arrest Warrants, together with the Motion to Seal, until further Order of Court.

3. As of September 28, 2017, all defendants are in custody.

4. Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Indictment returned in this case and Arrest Warrants issued thereby, now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to the Indictment.

Respectfully submitted,

SOO C. SONG
United States Attorney

By: *Katherine King*
KATHERINE A. KING
Assistant U.S. Attorney
NY ID No. 4891727