IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 17-260 |
| | ) |
| | ) |
| KAHLIL SHELTON | ) |
| DERON HOWELL | ) |

## O R D E R

AND NOW, to wit, this _28TH_ day of September, 2017, upon consideration of

the Motion to Unseal Indictment and Arrest Warrants, heretofore filed by the United States of

America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the

Arrest Warrants issued pursuant to said Indictment are hereby UNSEALED.

_____
UNITED STATES MAGISTRATE JUDGE

cc:    United States Attorney