IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 17-260 |
| DERON HOWELL | [UNDER SEAL] |

## ARRAIGNMENT PLEA

Defendant DERON HOWELL

being arraigned, pleads __NOT GUILTY__

in open Court this __2nd__ day of __March__, 20__18__

_____
(Defendant's Signature)

_____
(Attorney for Defendant)