IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 17-260 |
| | ) | |
| KAHLIL SHELTON, DERON HOWELL, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**HEARING MEMO – 4th Status Conference**
Date hearing held:   3/13/18
Before Judge Arthur J. Schwab

| | |
|---|---|
| Counsel for Plaintiff | Timothy Lanni |
| Counsel for Defendants | Michael DeMatt for Shelton and Steven Townsend for Howell |
| Court Reporter | Shirley Hall |
| Law Clerk/Deputy Clerk | NAM/LCK |
| Start time | 11:35 AM |
| End time | 11:40 AM |

**NOTED:**

Trial date of 5/21/18 given to the parties.   Pretrial Order to follow.