September 13, 2018

To whom it may concern,

Hello, my name is Theresa Turner and I am writing about Deron, who is appearing before your court today. Deron is a family man who possesses a great integrity, and strives constantly to make sure he is doing the right thing for his family.

I have known Deron since he was a preteen. I watched him blossom into young man, a father. He is helping to raise his daughter whom he loves unconditionally and even through ups and downs he remains an avid figure in her life. Deron in short is a very good, caring and loving person, someone who's idea of a great time is being at home with his family cooking, laughing, dancing, watching movies, reading and coloring with his daughter.

Deron is a person of good moral character and given the circumstances I know that it seems hard to believe, but it is true nonetheless. Yes, Deron has made some very bad choices and I'm sure that he is incredibly remorseful, and is willing to do whatever it takes to make reparations, emotionally and financially to make things right.

I clearly understand that Deron has broken the law and I do not believe that he should go unpunished. I just hope and pray that you know the power that you wield regarding the future of this man, and make a fair decision not only for him but for his family as well.

Thank you,


Theresa Turner