IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 17-260 |
| | ) | |
| DERON HOWELL | ) | |

## **ORDER**

AND NOW, to wit, this __15th__ day of November, 2021, upon consideration of the parties' Joint Status Report, IT IS ORDERED, ADJUDGED, and DECREED that said motion is GRANTED.

IT IS FURTHER ORDERED that each party shall file a Sentencing Memorandum on or before December 13, 2021, and that a sentencing hearing will be scheduled at some date thereafter and at the convenience of this Court.

                                                    s/Arthur J. Schwab
                                                  HONORABLE ARTHUR J. SCHWAB
                                                  UNITED STATES DISTRICT JUDGE