To whom this concern,

Deron Howell is a great person and always been a great young man growing up. Deron always worked hard. He was a cook at Soul Food Connections, Jeans Southern Cuisine and a nursing assistant at Highlands nursing home in Highland Park. To this day Deron also retains a job in the penitentiary he resides at now as a Unit worker. Deron continually expresses that he would like to continue this work ethic in society if offered a second chance at life and redeeming his character, and being the person he truly is and can be.

Deron played football at Wilkinsburg high school and went on to coach and mentor for the Wilkinsburg little league football team for 5 years after high school. He has a beautiful daughter who is now 10 who he loves dearly and cannot wait to hug her and see her face.

In life people make mistakes and often get caught up running with the wrong crowd, wrong place at the wrong time. During Deron's stint in prison, he has had the time to rethink, reevaluate and is ready to come home and make remarkable contributions here in life, help others that been in similar circumstances and give back to the community.

Hard times do not define us but makes us better. I truly know Deron is re-found, renewed, extremely apologetic and ready restart his life and put this stint behind him.

I hope you consider his life, family, goals, values, work ethic when offering Deron Howell another chance at life and member in society.


Much love,

Jean Gould
Owner/Operator
Jeans Southern Cuisine


# Exhibit A