To whom it may concern,

Am writing this letter in support of Deron Howell. We are asking for a maximum forbearance of leniency be rendered on his behalf, amidst the current sentences in standing. As we are aware of the charges that were alleged against our loved one, and to the deepest of our compassion and concern, can attest that he has expressed his sorrow and empathetically regrets the role he participated. In these last few years Deron has been able and willing to participate in the federal guidelines in place to reform him in the quest to be a model citizen and examples the expected and acceptable behaviors to follow.

As you consider this petition of good faith on behalf of Deron by our family, we would like to extend some of the immediate relatives who are heavily impacted by his current status of imprisonment. Deron has a 10yr old daughter Amarah Howell, who misses her father immensely! Amarah is only in grade school but has already started to feel the impact of the absence of her father, not being around for "take your father to school days, or being able to trick-or-treating events, or simply to have bragging right amongst her elementary schoolfriends on why she has the best dad is the constant struggle for such a sweet little young lady who misses her dad so very much. She is asking with such meekness that you can show her father what forgiveness look like and show her what compassion looks like when her father comes home sooner than later.

Deron has expressed some of his daily struggles with the fact that both of his parents have departed in death during his current time in the federal prison sentence and has yet to be able to really embrace the grieving process. He has siblings who have tried the best to their capacity to aid him through phone conversations and letter writing but this loss is just too significant for him to get the closure that one can achieve if able to convene with the support from family.

As the family of Deron we have all collectively put together a post release plan for Deron as he is able to take some internal programs provided by the Federal Prison system, we have some community non- profit programs that aid trouble youth/at risk teen boys. In our Programs Deron is willing to mentor and speak with these said children and help lead them to better out comes in many areas of their lives. He is also going to be a very significant Partner in business with his brother Raymon Howell, Executive Director, who launched a home-based facility for Intellectually challenged Adults and is very eager to bring his brother Deron Howell on board.

In closing we are sincerely asking that when considering the fate of our loved one, that you give the maximum break that you can give, that you give our family a renewed sense or restorative faith in this American justice system. Remind us that yes as human beings we may fall short and make mistakes, but we do not have to pay for them with our lives. We are so very grateful to have an opportunity to present to you some of many reasons Deron is missed and needed for some very tall task. With our sincerest thanks and gratitude, thanks in advance for your time in this matter.

*The Howell Family*

# Exhibit B