To whom this concern,

  I would like to thank you for this Opportunity to write on Deron's behalf to try to paint a picture of his character and who he is as a person. I knew Deron for about 7 years now, since he was 19 years old. I'm the Fiancé of his older brother. Deron is like a little brother to me, we all call him "man man" because he always acted older than his age as if he was the "older brother". He takes the responsibility to man up and provides for his family. But above all Deron is a loving, caring man, brother, and a great father to his only little girl that misses him dearly.

  Deron was raised by a single mother with 4 other Siblings in a low poverty neighborhood. He recently lost his mother that he cherished dearly to a heart attack & that took a toll on his life. This is no excuse to defend his actions in breaking the law and any crime committed. But I believe sometimes we let "life and trails" knock us off course.

  I am a Christian woman, and since Deron been incarcerated we have been writing back and forth communicating. I believe everything happens for a reason and that this prison time and isolation is a learning lesson. Deron is now a man of God with strong faith, he is completely sorry about his actions and is ready to do anything to be forgiving and presented another chance at freedom and to be a great father and raise his only daughter. He wants to use his past mistakes as a living testimony to talk & motivate other young men to live for Christ and not fall weak to the same path as he did. I strongly believe that he is a changed man, and I am always praying on his behalf.

  As you know you have a big Impact on his future, I pray and hope that he can get another shot at life and be all he can be, living for God and appreciating freedom.


Thank you and God bless.

*Tavia McNeil*


## Exhibit C