IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 17-260 |
| | ) | |
| DERRON HOWELL, | ) | |
| | ) | |
| Defendant. | ) | |

| Hearing Held: Re-Sentencing<br>Date of Hearing:  6/16/22<br>Before Judge Arthur J. Schwab | |
|---|---|
| AUSA | Barbara Doolittle (participating via videoconference) |
| Defense Counsel | Michael DeRiso |
| Probation Officer | Gregory Wilson |
| Court Reporter | Marsia Balobeck |
| Law Clerk/Deputy Clerk | NAM/LCK |
| Start time | 12:20 PM |
| End time | 1:07 PM |

DEFENDANT PRESENT in person
**NOTED:**

The Court applies First Step Act to Re-Sentence of defendant, the Sentence imposed on 10/3/18 at Doc No [179], is Vacated.

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 144 months.   Specifically, defendant is sentenced
to 24 months at each of counts 1 s, 2s, 3s, 4s, 8s and 9s to run concurrently to each other, plus 60 months consecutive on each of counts 5s and 10s, consecutive to all other counts, for a total of 144 months imprisonment.   Upon release from imprisonment, defendant will be on supervised release for a term of 3 years at each of Counts 1s, 2s, 3s, 4s, 5s, 8s, 9s and 10s, all counts to run concurrently.   A mandatory $800.00 special assessment is imposed, a fine is waived for inability to pay.

Defendant's Motion for Variance is granted in part.